UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-cr-00218-FDW-DSC

| | |
|---|---|
| USA, )<br>)<br>vs. )<br>)<br>TIMOTHY ANTONIO FLANAGAN, )<br>)<br>DEFENDANT. )<br>) | ORDER |

THIS MATTER is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 58). After reviewing the motion, the Court hereby ORDERS the Government to respond to the merits of Defendant's motion, including arguments and/or concessions on the 18 USCA § 3553(a) factors. If applicable, the response should also include whether or not Defendant has received, is scheduled to receive, or has refused to receive the COVID-19 vaccine. The Government shall have twenty-eight (28) days from the date of this Order to file its response with the Court, and Defendant shall have twenty-one (21) days after service of the Government's response to file a final reply brief.

IT IS SO ORDERED.

Signed: April 5, 2023

Frank D. Whitney
United States District Judge